JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>MANGEN INVESTMENTS, LLC, a California limited liability company; and DOES 1-10,<br><br>        Defendants. | Case No.: 2:21-cv-00901-RSWL-JEMx<br><br>*Hon. Ronald S. W. Lew*<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: January 31, 2021<br>Trial Date:   Not on Calendar |

(Note: "PROPOSED" in the order title is struck through.)

    Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

    **IT IS ORDERED THAT:**

    Plaintiff Ed Hull's action against Defendant Mangen Investments LLC is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: June 7, 2021

                                  **/S/ RONALD S.W. LEW**
                                  Hon. Ronald S. W. Lew
                                  United States District Judge